**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-1953**

─────────────

In re: KENNETH WAYNE WATFORD, a/k/a Abdul Abrams,

      Petitioner.

─────────────

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Greenbelt.  (8:12-cr-00623-PJM-3)

─────────────

Submitted:  July 25, 2025                    Decided:  October 8, 2025

─────────────

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Kenneth Wayne Watford, Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Kenneth Wayne Watford petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion to return expunged state court records, and he seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Watford's motion on April 7, 2025. Accordingly, because the district court has recently decided Watford's case, we deny Watford's pending motions and deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*